| | | | |
|---|---|---|---|
| C.M. v. A. & M.B. | 619 MDA 2016<br>Affirmed | 09/01/2016 | 14–4411<br>(Cumberland) |
| Com. v. Klingensmith | 1120 WDA 2013<br>Quashed | 09/01/2016 | CP–65–CR–0001854–2007<br>(Westmoreland) |
| In re Estate of Marryshow; Appeal of Wright [1] | 1146 WDA 2015<br>Reversed and Remanded | 09/01/2016 | No. 02–11–01997<br>(Allegheny) |
| Com. v. Harkins | 1916 WDA 2015<br>Affirmed | 09/01/2016 | CP–25–CR–0000048–2015<br>(Erie) |
| T.S. v. E.R.S. | 1922 WDA 2015<br>Affirmed | 09/01/2016 | No. 917 of 2014–D<br>(Westmoreland) |
| Com. v. Whitenight | 378 WDA 2016<br>Affirmed | 09/01/2016 | CP–33–CR–0000001–2014<br>(Jefferson) |
| Com. v. Wylie | 1892 EDA 2015<br>Affirmed | 09/02/2016 | CP–51–CR–0011687–2010<br>(Philadelphia) |
| Com. v. Acevedo | 2984 EDA 2015<br>Affirmed | 09/02/2016 | CP–45–CR–0002532–2010<br>(Monroe) |
| Com. v. Clark | 58 MDA 2016<br>Affirmed | 09/02/2016 | CP–01–CR–0001094–2013<br>(Adams) |
| Com. v. Darcangelo | 694 WDA 2015<br>Affirmed,<br>Reversed and<br>Vacated | 09/02/2016 | CP–11–CR–0001041–2010<br>(Cambria) |
| Com. v. Gatto | 841 WDA 2015<br>Affirmed | 09/02/2016 | CP–02–CR–0013535–2013<br>(Allegheny) |
| In the Interest of J.W.; Appeal of R.W. | 1079 WDA 2015<br>Affirmed | 09/02/2016 | CP–02–DP–0002407–2013<br>(Allegheny) |
| In re J.W.; Appeal of J.W. | 1080 WDA 2015<br>Affirmed | 09/02/2016 | DP–2407–2013<br>JV–13–2407<br>(Allegheny) |
| In the Interest of J.W.; Appeal of R.W. | 1446 WDA 2015<br>Affirmed | 09/02/2016 | JV–13–2407<br>(Allegheny) |
| In re J.W.; Appeal of J.W. | 1450 WDA 2015<br>Affirmed | 09/02/2016 | JV–13–2407<br>(Allegheny) |
| In re B.K.C.; Appeal of K.D. | 412 WDA 2016<br>Affirmed | 09/02/2016 | Cp–02–AP–0000140–2015<br>(Allegheny) |
| Com. v. Robinson | 529 EDA 2015<br>Affirmed | 09/06/2016 | CP–51–CR–0002155–2013<br>(Philadelphia) |

1. Petition for reargument denied November 10, 2016.